UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES WILLIAM SHEDD, | ) |
| Petitioner, | ) ) ) |
| v. | ) )   Case No. 5:24-cv-01127-LCB-HNJ |
| WARDEN STREETER, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 21) on July 25, 2025, recommending that the court deny petitioner James William Shedd's ("Shedd") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) as untimely filed and dismiss his claims with prejudice. No objections have been filed.[1]

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Shedd's § 2254 habeas petition (Doc. 1) is due to be denied as untimely filed and his claims are due to be dismissed with prejudice. A final judgment will be entered.

---

[1] On August 18, 2025, the court received Shedd's request for an extension of time to file objections to the July 25, 2025, Report and Recommendation. (Doc. 22). On August 19, 2025, the Magistrate Judge granted Shedd's request and ordered him to file his objections no later than September 2, 2025. (Doc. 23). To date, the court has not received Shedd's objections.

**DONE** and **ORDERED** this September 12, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE